IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02379-CMA-MEH

DWAUNE GRAVLEY,

       Applicant,

v.

HON. D. BERKEBILE, Warden,

       Respondent.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 10, 2014.**

       Respondent's Motion for Leave to File a Surreply [filed January 8, 2014; docket #25] is **granted**. The Clerk of the Court is directed to file the Respondent's Surreply, located at docket #25-1.