**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02379-CMA-MEH

DWAUNE GRAVELY,

     Plaintiff,

v.

HON. D. BERKIBILE, WARDEN,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming January 13, 2014

Recommendation of United States Magistrate Judge of Judge Christine M. Arguello

entered on February 7, 2014 it is

ORDERED that Plaintiff's objection (Doc. # 30) is OVERRULED. It is

FURTHER ORDERED that  the Recommendation of United States Magistrate

Judge Michael E. Hegarty (Doc. # 29) is AFFIRMED and ADOPTED as an order of this

Court. Pursuant to the Recommendation. It is

FURTHER ORDERED that "[Amended] Application for a Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2241" (Doc. # 5) is DENIED. It is

FURTHER ORDERED that this case is DISMISSED in its entirety.

  Dated at Denver, Colorado this 7th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann
_____

Sandra Hartmann
Deputy Clerk